DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELSA SANCHEZ** and **LUIS SANCHEZ,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D23-642

[July 19, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE22011898.

Jeremy D. Bailie of Weber, Crabb & Wein, P.A., St. Petersburg, for appellants.

Scot E. Samis, C. Ryan Jones, and Brandon R. Christian of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for appellee.

GERBER, J.

The homeowners appeal from the circuit court's non-final order granting the insurer's motion to stay and compel appraisal. After the homeowners filed their initial brief, the insurer filed a motion to dismiss this appeal as moot, on the basis that the insurer was withdrawing its demand for appraisal and agreeing to a lift of the stay so the underlying litigation can proceed. The homeowners filed a response arguing that because the insurer has consented to the homeowners' requested relief, we should treat the insurer's motion to dismiss as a confession of error and reverse the circuit court's order.

By previous order, we agreed with the homeowners' response, and indicated we would treat the insurer's motion to dismiss as a confession of error. *See, e.g., Barfield v. Dep't of State, Div. of Licensing*, 568 So. 2d 493, 494 (Fla. 1st DCA 1990) (where, after the appellant's appeal, the appellee agreed to the appellant's requested relief, and the appellee then filed a motion to dismiss the appeal as moot, the appellate court elected to

treat the appellee's motion to dismiss as a confession of error, and reversed and remanded the case for further proceedings).

We now reverse the circuit court's non-final order granting the insurer's motion to stay and compel appraisal, and remand for further proceedings.

*Reversed and remanded.*

MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***